**CONSENT FORM**

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, 400 New York Avenue Rest. Corp. and/or its related entities, to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with 400 New York Avenue Rest. Corp.

2. During the past 3 years, there were occasions when I worked more than 40 hours in a week for 400 New York Avenue Rest. Corp., and I did not receive proper overtime compensation for those hours.

3. I authorize Kessler Matura P.C. to represent me in this case.

Date: 3/4/2020

Signature

Ana Romero

Print Name

**FORMULARIO DE CONSENTIMIENTO**

1. Consiento para afirmar reclamaciones por violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, et seq., contra mi empleador actual/anterior, 400 New York Avenue Rest. Corp. y/o sus entidades relacionadas para asegurar cualquier ayuda que podrá concederse, incluyendo pago de horas extras, daños y perjuicios, honorarios de abogados, gastos y cualquier otra reparación que surja de mi empleo con 400 New York Avenue Rest. Corp. y/o sus entidades relacionadas.

2. Durante los últimos 3 años, había ocasiones en que he trabajado más de 40 horas a la semana para 400 New York Avenue Rest. Corp.. y/o otras entidades relacionadas, y no recibí compensación adecuada por aquellas horas.

3. Consiento a Kessler Matura P.C. para representarme en este pleito.

Fecha: 3/4/2020

Firma

Ana Romero

Nombre en Letra