UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OSCAR ZUNIGA, on behalf of himself and all others
similarly situated, JOSE MELENDEZ, GLADIS SOFIA
ESCOBAR DE BURGOS, and EUGENIA GUTIERREZ
individually,

                        Plaintiffs,

        - against -

400 NEW YORK AVENUE REST. CORP. and
BRETT HUGHES, individually,

                        Defendants.
------------------------------------------------------------------------X

Case No. 20 Civ. 901 (JMA) (SIL)

## NOTICE OF SELECTION OF MEDIATOR

    Please take notice that the parties have selected the following mediator from the EDNY Mediation Panel:

                        Amanda M. Fugazy, Esq.
                        Ellenoff Grossman and Schole LLP
                1345 Avenue of the Americas, 11th Floor
                           New York, NY 10105
                            afugazy@egsllp.com

Dated: Melville, New York
         May 26, 2020

                                                    Respectfully submitted,

                                                    By: /s/ Troy L. Kessler
                                                        Troy L. Kessler

                                                  **KESSLER MATURA P.C.**
                                                  Troy L. Kessler
                                                 534 Broadhollow Road, Suite 275
                                                 Melville, NY 11747
                                                 (631) 499-9100
                                                 tkessler@kesslermatura.com

                                                 ***Attorneys for Plaintiffs, the Putative***
                                                 ***FLSA Collective and the Putative Class***