UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR ZUNIGA, on behalf of himself and all others similarly situated, JOSE MELENDEZ, GLADIS SOFIA ESCOBAR DE BURGOS, and EUGENIA GUTIERREZ individually,<br><br>            Plaintiffs,<br>-against-<br><br>400 NEW YORK AVENUE REST. CORP. and BRETT HUGHES, individually,<br><br>            Defendants. | Case No. 20 Civ. 901 (JMA) (SIL) |

**STIPULATION OF DISMISSAL**

      It is hereby stipulated and agreed, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims in this action against Defendants are dismissed without prejudice, with neither party as a prevailing party and with each party to bear its own costs and attorneys' fees incurred in connection with this action.

| | |
|---|---|
| **Kessler Matura P.C.** | **Russo, Karl, Widmaier & Cordano, PLLC** |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| By:_____ | By:_____ |
|     Troy L. Kessler |     Richard T. Cordano |
| Date:  July 14, 2020 | Date:  July 14, 2020 |